IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JAMAR SCOTT,** | ) | Civil Action No. 7:12-cv-00469 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **WARDEN RANDALL C.** | ) | |
| **MATHENA, et al.,** | ) | By:   Hon. Michael F. Urbanski |
|     Defendants. | ) |        United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for a temporary restraining order is **DENIED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered:  October 15, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge